**Luis MURILLO, Plaintiff–Appellant,**

v.

**UNIVERSITY OF SAN FRANCISCO,**
Defendant–Appellee.

No. 04–17504.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 14, 2006.

Filed Feb. 27, 2007.

Fania E. Davis, Esq., Moore & Moore, Howard Moore, Jr., Esq., Oakland, CA, Darryl Parker, Esq., Seattle, WA, for Plaintiff–Appellant.

Jonathan D. Martin, Esq., Seyfarth Shaw, LLP, San Francisco, CA, for Defendant–Appellee.

Before: KLEINFELD and THOMAS, Circuit Judges, and LEIGHTON *, District Judge.

* The Honorable Ronald B. Leighton, United States District Judge for the Western District of Washington, sitting by designation.

MEMORANDUM **

Even if Murillo's evidence was sufficient to meet his prima facie burden under *McDonnell Douglas,* the University established that the reasons it denied Murillo's tenure application—its well-documented concerns over his poor teaching evaluations and its reservations about the weight and quality of his academic work, and the resulting insufficient ratings under the CBA—were legitimate and non-discriminatory.

Nor did Murillo submit evidence establishing a genuine issue of fact as to pretext.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.